# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 23, 2016

*By the Court:*

| | |
|---|---|
| No. 15-2672 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>OTHIENO O. LUCAS,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:06-cr-20028-JES-DGB-1<br>Central District of Illinois<br>District Judge James E. Shadid |

Upon consideration of the **MOTION FOR APPEAL DISPOSITION TO BE FILED UNDER SEAL** filed on February 22, 2016, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall maintain under seal the nonprecedential disposition issued by this court on February 3, 2016.

form name: **c7_Order_BTC**(form ID: **178**)